**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Denitra Carmita LEWIS, Defendant—
Appellant.**

**No. 08–6665.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 18, 2009.

Decided: March 18, 2009.

Denitra Carmita Lewis, Appellant Pro Se. Edward Albert Lustig, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Denitra Carmita Lewis appeals the district court's order denying her motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lewis,* No. 5:06–cr–00057–gec–jgw–4 (W.D.Va. Mar. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*